UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENARO HERNANDEZ AND PEDRO ROSALINO MARCELO SANDOVAL, individually and on behalf of others similarly situated,

                Plaintiffs,

-v-

MARGON RESTAURANT CORPORATION (D/B/A MARGON RESTAURANT), RAFAEL VIVAS, and GUADALUPE RIVAS,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 5625 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 27, 2020, the Court entered an order approving the parties' stipulation that extended Defendants' time to answer or otherwise respond to the complaint by 30 days, that is, by Monday, November 30, 2020. (ECF No. 14); See Fed. R. Civ. P. 6(a)(1)(C). Defendants have not answered or otherwise responded to the complaint. Accordingly, Defendants are ORDERED to answer or otherwise respond to the complaint by **Friday, December 11, 2020**.

Dated:     New York, New York
            December 4, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**