**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

GENARO HERNANDEZ and PEDRO ROSALINO
MARCELO SANDOVAL, *individually and on behalf
of others similarly situated*,

                              *Plaintiffs*,

      -against-

MARGON RESTAURANT CORPORATION (D/B/A
MARGON RESTAURANT), RAFAEL VIVAS, and
GUADALUPE RIVAS,

                              *Defendants*.

20-cv-05625-PGG-SLC

**[Proposed Form Of]
JUDGMENT**

------------------------------------------------------------------X

## JUDGMENT

On March 18, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, GENARO HERNANDEZ and PEDRO ROSALINO MARCELO SANDOVAL, have judgment against MARGON RESTAURANT CORPORATION (D/B/A MARGON RESTAURANT), RAFAEL VIVAS, and GUADALUPE RIVAS, jointly and severally, in the amount of Seventy-Five Thousand Dollars and No Cents ($75,000.00), which is inclusive of attorneys' fees and costs.

- 2 -

Dated: _____, 2021

                                                      _____
                                                      HON. PAUL G. GARDEPHE
                                                      UNITED STATES DISTRICT JUDGE